AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No. 2:24-cr-0009 |
| The Property More Particularly Described in Attachment A to the Affidavit of Special Agent Christopher Williams dated December 5, 2023 | ) ) ) | |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Attachment A to the affidavit of Special Agent Christopher Williams dated December 5, 2023

located in the _____ District of _____ South Carolina _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B to to the affidavit of Special Agent Christopher Williams dated December 5, 2023

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 26 USC 7201 | Attempt to Evade or Defeat Tax |
| 26 USC 7206(1) | Filing False Tax Return |

The application is based on these facts:

See attached affidavit of  Special Agent Christopher Williams dated December 5, 2023

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Christopher Williams*
_____
*Applicant's  signature*

SA Christopher Williams
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

_____ Telephone _____ *(specify reliable electronic means).*

Date:  ___12/05/2023___

City and state:  Charleston, South Carolina

*Mary Gordon Baker*
_____
*Judge's signature*

The Honorable Mary Gordon Baker
_____
*Printed name and title*